IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ian Manning, ) | C/A No.: 1:22-4116-DCN-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Alvin S. Glenn Detention Center; ) | ORDER |
| Director Harvey; Ms. Salman; and ) | |
| Sgt. Williams, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Ian Manning ("Plaintiff") filed this matter on November 17, 2022. On April 25. 2023, Defendants filed a motion for summary judgment. [ECF No. 20]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by May 30, 2023. [ECF No. 21]. Plaintiff was specifically advised that if he failed to respond adequately, the motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this case. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to

the motion by June 20, 2023. Plaintiff is further advised that if he fails to respond, the undersigned will recommend this case be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

June 5, 2023  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge